THE BAYVIEW CEMETERY ASSOCIATION et al., respondents,

*v.*

MARGARETTE B. COLE et al., appellants.

[Argued March 9th, 1911. Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison.

*Mr. Edward A. S. Man,* for the appellants.

*Mr. Gilbert Collins* and *Mr. John J. Treacy,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—11.

*For reversal*—None.